FEDERAL I.D. NO. 16-0764720

# Nixon Peabody LLP
**Attorneys at Law**
**900 Elm Street**
**Manchester, NH  03101**
**(603) 628-4000**
**FAX: (603) 628-4040**
April 20, 2007

Timothy P. Smith,  Esq.
67 Middle Street
Manchester, NH 03101

Invoice No. 8853013
Account: 045522
Tamposi, Peter N.
Terms: Due Upon Receipt

**FOR PROFESSIONAL SERVICES RENDERED through March 31, 2007, including:**

**MATTER NO.    000001        COLLECTION OF DEBTS OWED**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|-------------------------|
| 03/22/07 | P. Tamposi | 0.50 | Telephone conference with counsel for Mr. Rogan regarding settlement. |
| 03/28/07 | B. Childs | 1.80 | Research, draft, and file adversary complaint seeking recovery of preferential payment. |
| | TOTAL HOURS: | 2.30 | |

TOTAL FEES:        $606.00

**For Charges and Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 03/05/07 | Photocopy | 1.20 |
| 03/23/07 | Postage: 3/5/07 | 1.17 |
| | **TOTAL CHARGES AND DISBURSEMENTS** | **$2.37** |

**TOTAL FOR MATTER -- COLLECTION OF DEBTS OWED:**        **$608.37**

| | | |
|---|---|---|
| Total Fees............................................................................ | $ | 606.00 |
| Total Charges and Disbursements ............................................. | $ | 2.37 |
| Total Time and Costs ............................................................. | $ | 608.37 |
| **TOTAL FOR STATEMENT:** | | **$608.37** |

**** Remittance Information ****

**FEDERAL I.D. NO. 16-0764720**

**RETURN PAYMENT TO:**    NIXON PEABODY LLP
900 Elm Street
Manchester, NH  03101
(603) 628-4000
FAX: (603) 628-4040

Client: 045522                Smith, Timothy P. Esq.
67 Middle Street
Manchester, NH 03101

| | |
|---|---|
| Client/Matter Number: | 045522.000001 |
| Matter Name: | Collection of Debts Owed |
| Invoice Number: | 8853013 |
| Date of Invoice: | 04/20/07 |
| Terms: | Due Upon Receipt |

| | | |
|---|---|---|
| Invoice Amount: | $ | 608.37 |
| Previous Outstanding Balance for Matters on this bill: | $ | 0.00 |
| Total Due: | $ | 608.37 |

---

**To ensure prompt application of your payment, please reference the invoice number on your check and return this page with payment.**

| | |
|---|---|
| **Wire/ACH/Electronic Payment Information:** | **Check or Credit Card Charge Options:** |
| **Bank Name:** JPMorgan Chase Bank | Invoice(s) Paid:_____ |
| Rochester, NY 14643 | Total Amount Of Payment: $ _____ |
| ABA Routing #021 000 021 | **Method of Payment (Please Check)** |
| Account Number 000 005 2381 | ☐ Check enclosed |
| **Acct. Name:** Nixon Peabody, LLP | ☐ VISA   ☐ Master Card   ☐ Discover   ☐ American Express |
| | List Credit Card Number |
| **SWIFT CODE:** CHASUS33 | |
| | Exp. Date |
| **Invoice No:** 8853013 | |
| Nixon Peabody Accounting Department | Signature: _____ |
| 585 263-1077 | |

FEDERAL I.D. NO. 16-0764720

# Nixon Peabody LLP
**Attorneys at Law**
**900 Elm Street**
**Manchester, NH  03101**
**(603) 628-4000**
**FAX: (603) 628-4040**

May 18, 2007

Timothy P. Smith,  Esq.
67 Middle Street
Manchester, NH 03101

Invoice No. 8863548
Account: 045522
Tamposi, Peter N.
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through April 30, 2007, including:**

**MATTER NO.   000001        COLLECTION OF DEBTS OWED**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|-------------------------|
| 04/03/07 | P. Tamposi | 0.80 | Telephone conference with Mr. Shaw regarding service issues. |
| 04/04/07 | P. Tamposi | 0.80 | Address service issues. |
| | TOTAL HOURS: | 1.60 | |

TOTAL FEES:   $528.00

**For Charges and Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 03/28/07 | VENDOR: Commercial Card Services (wire) INVOICE#: 5665MARCH2007 DATE: 3/30/2007 | 250.00 |
| | 03/28/07 - U.S. Bankruptcy Court- Cost of filing fee | |
| 04/10/07 | Photocopy | 0.40 |
| | **TOTAL CHARGES AND DISBURSEMENTS** | **$250.40** |

**TOTAL FOR MATTER -- COLLECTION OF DEBTS OWED:**   **$778.40**

| | | |
|---|---|---|
| Total Fees.................................................................... | $ | 528.00 |
| Total Charges and Disbursements ............................................. | $ | 250.40 |
| Total Time and Costs ............................................................. | $ | 778.40 |
| **TOTAL FOR STATEMENT:** | | **$778.40** |

**\*\*\*\* Remittance Information \*\*\*\***

**FEDERAL I.D. NO. 16-0764720**

**RETURN PAYMENT TO:**    NIXON PEABODY LLP
900 Elm Street
Manchester, NH  03101
(603) 628-4000
FAX: (603) 628-4040

Client: 045522         Smith, Timothy P. Esq.
67 Middle Street
Manchester, NH 03101

Client/Matter Number:    045522.000001
Matter Name:             Collection of Debts Owed
Invoice Number:          8863548
Date of Invoice:         05/18/07
Terms:                   Due Upon Receipt

| | | |
|---|---|---|
| Invoice Amount: | $ | 778.40 |
| Previous Outstanding Balance for Matters on this bill: | $ | 608.37 |
| Total Due: | $ | 1,386.77 |

---

**To ensure prompt application of your payment, please reference the invoice number on your check and return this page with payment.**

| Wire/ACH/Electronic Payment Information: | Check or Credit Card Charge Options: |
|---|---|
| **Bank Name:** JPMorgan Chase Bank | Invoice(s) Paid:_____ |
| Rochester, NY 14643 | Total Amount Of Payment: $ _____ |
| ABA Routing #021 000 021 | **Method of Payment (Please Check)** |
| Account Number 000 005 2381 | ☐ Check enclosed |
| **Acct. Name:** Nixon Peabody, LLP | ☐ VISA  ☐ Master Card  ☐ Discover  ☐ American Express |
| | List Credit Card Number |
| **SWIFT CODE:** CHASUS33 | |
| | Exp. Date |
| **Invoice No:** 8863548 | |
| Nixon Peabody Accounting Department | |
| 585 263-1077 | **Signature:** _____ |

FEDERAL I.D. NO. 16-0764720

## Nixon Peabody LLP
Attorneys at Law
900 Elm Street
Manchester, NH  03101
(603) 628-4000
FAX: (603) 628-4040

July 20, 2007

Timothy P. Smith, Esquire
67 Middle Street
Manchester, NH 03101

Invoice No. 8885574
Account: 045522
Tamposi, Peter N.
Terms: Due Upon Receipt

**FOR PROFESSIONAL SERVICES RENDERED through June 30, 2007, including:**

**MATTER NO.  000001  COLLECTION OF DEBTS OWED**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|-------------------------|
| 06/04/07 | P. Tamposi | 0.40 | Telephone conference with counsel for K. Rogers regarding extending deadline to answer.  Review motion. |
| | TOTAL HOURS: | 0.40 | |

TOTAL FEES:  $132.00

### TIMEKEEPER SUMMARY

| Timekeeper | Rate | Hours | Fees |
|------------|------|-------|------|
| **Partners** | | | |
| P. Tamposi | 330.00 | 0.40 | 132.00 |
| **Total All Timekeepers:** | | **0.40** | **$132.00** |

**TOTAL FOR MATTER -- COLLECTION OF DEBTS OWED:**  **$132.00**

**TOTAL FOR STATEMENT:**  **$132.00**

**** Remittance Information ****

**FEDERAL I.D. NO. 16-0764720**

| | |
|---|---|
| **RETURN PAYMENT TO:** | NIXON PEABODY LLP<br>900 Elm Street<br>Manchester, NH  03101<br>(603) 628-4000<br>FAX: (603) 628-4040 |
| Client: 045522 | Smith, Timothy P. Esq.<br>67 Middle Street<br>Manchester, NH 03101 |

Client/Matter Number:     045522.000001
Matter Name:              Collection of Debts Owed
Invoice Number:           8885574
Date of Invoice:          07/20/07
Terms:                    Due Upon Receipt

| | | |
|---|---|---|
| Invoice Amount: | $ | 132.00 |
| Previous Outstanding Balance for Matters on this bill: | $ | 1,386.77 |
| Total Due: | $ | 1,518.77 |

---

**To ensure prompt application of your payment, please reference the invoice number on your check and return this page with payment.**

| Wire/ACH/Electronic Payment Information: | Check or Credit Card Charge Options: |
|---|---|
| **Bank Name:**  JPMorgan Chase Bank<br>Rochester, NY 14643<br>ABA Routing #021 000 021<br>Account Number 000 005 2381 | Invoice(s) Paid:_____<br>Total Amount Of Payment: $ _____<br>**Method of Payment (Please Check)**<br>☐ Check enclosed |
| **Acct. Name:**  Nixon Peabody, LLP | ☐ VISA   ☐ Master Card   ☐ Discover   ☐ American Express |
| **SWIFT CODE:**  CHASUS33 | List Credit Card Number |
| **Invoice No:**  8885574<br>Nixon Peabody Accounting Department<br>585 263-1077 | Exp. Date<br><br>**Signature:** _____ |

FEDERAL I.D. NO. 16-0764720

## Nixon Peabody LLP
**Attorneys at Law**
900 Elm Street
Manchester, NH  03101
(603) 628-4000
FAX: (603) 628-4040

August 13, 2007

Timothy P. Smith, Esquire
67 Middle Street
Manchester, NH 03101

Invoice No. 8891758
Account: 045522
Tamposi, Peter N.
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through July 31, 2007, including:**

---

**MATTER NO.     000001        COLLECTION OF DEBTS OWED**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|------------------------|
| 07/17/07 | P. Tamposi | 0.50 | Prepare for and attend pretrial conference. |
| | TOTAL HOURS: | 0.50 | |

TOTAL FEES:            $165.00

### TIMEKEEPER SUMMARY

| Timekeeper | Rate | Hours | Fees |
|-----------|------|-------|------|
| **Partners** | | | |
| P. Tamposi | 330.00 | 0.50 | 165.00 |
| **Total All Timekeepers:** | | **0.50** | **$165.00** |

**TOTAL FOR MATTER -- COLLECTION OF DEBTS OWED:**            $165.00

**TOTAL FOR STATEMENT:**            $165.00

**** Remittance Information ****

**FEDERAL I.D. NO. 16-0764720**

**RETURN PAYMENT TO:**      NIXON PEABODY LLP
900 Elm Street
Manchester, NH  03101
(603) 628-4000
FAX: (603) 628-4040

Client: 045522                  Smith, Timothy P. Esq.
67 Middle Street
Manchester, NH 03101

Client/Matter Number:      045522.000001
Matter Name:               Collection of Debts Owed
Invoice Number:            8891758
Date of Invoice:           08/13/07
Terms:                     Due Upon Receipt

| | | |
|---|---|---|
| Invoice Amount: | $ | 165.00 |
| Previous Outstanding Balance for Matters on this bill: | $ | 1,518.77 |
| Total Due: | $ | 1,683.77 |

---

**To ensure prompt application of your payment, please reference the invoice number on your check and return this page with payment.**

**Wire/ACH/Electronic Payment Information:**

| | |
|---|---|
| Bank Name: | JPMorgan Chase Bank |
| | Rochester, NY 14643 |
| | ABA Routing #021 000 021 |
| | Account Number 000 005 2381 |
| Acct. Name: | Nixon Peabody, LLP |
| SWIFT CODE: | CHASUS33 |
| Invoice No: | 8891758 |
| | Nixon Peabody Accounting Department |
| | 585 263-1077 |

**Check or Credit Card Charge Options:**
Invoice(s) Paid:_____
Total Amount Of Payment: $ _____
**Method of Payment (Please Check)**
☐ Check enclosed
☐ VISA   ☐ Master Card   ☐ Discover   ☐ American Express
List Credit Card Number

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Exp. Date

Signature: _____

FEDERAL I.D. NO. 16-0764720

# Nixon Peabody LLP
**Attorneys at Law**
900 Elm Street
Manchester, NH 03101
(603) 628-4000
FAX: (603) 628-4040
December 17, 2007

Timothy P. Smith, Esq.
67 Middle Street
Manchester, NH 03101

Invoice No. 8930935
Account: 045522
Tamposi, Peter N.
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through November 30, 2007, including:**

---

**MATTER NO.    000001        COLLECTION OF DEBTS OWED**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|-------------------------|
| 11/15/07 | P. Tamposi | 0.20 | Telephone conference with counsel for K. Rogers regarding settlement. |
| 11/27/07 | L. Ward | 1.20 | Conference with P. Tamposi.  Revise Notice of Deposition.  Prepare document request.  Letter to D. Deschenes. |
| | TOTAL HOURS: | 1.40 | |

TOTAL FEES:          $270.00

**For Charges and Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 11/27/07 | Photocopy | 4.20 |
| 11/30/07 | Fax Sent To:  94639323  11/30/2007 | 1.00 |
| | **TOTAL CHARGES AND DISBURSEMENTS** | **$5.20** |

**TOTAL FOR MATTER -- COLLECTION OF DEBTS OWED:**          $275.20

Nixon Peabody LLP
Invoice #  8930935    Page 2

| | | |
|---|---|---|
| Total Fees.......................................................................... | $ | 270.00 |
| Total Charges and Disbursements ........................................... | $ | 5.20 |
| Total Time and Costs ............................................................ | $ | 275.20 |
| **TOTAL FOR STATEMENT:** | | **$275.20** |

**** Remittance Information ****

**FEDERAL I.D. NO. 16-0764720**

**RETURN PAYMENT TO:**

NIXON PEABODY LLP
900 Elm Street
Manchester, NH  03101
(603) 628-4000
FAX: (603) 628-4040

Client: 045522

Smith, Timothy P. Esq.
67 Middle Street
Manchester, NH 03101

| | |
|---|---|
| Client/Matter Number: | 045522.000001 |
| Matter Name: | Collection of Debts Owed |
| Invoice Number: | 8930935 |
| Date of Invoice: | 12/17/07 |
| Terms: | Due Upon Receipt |

| | | |
|---|---|---|
| Invoice Amount: | $ | 275.20 |
| Previous Outstanding Balance for Matters on this bill: | $ | 1,683.77 |
| Total Due: | $ | 1,958.97 |

---

**To ensure prompt application of your payment, please reference the invoice number on your check and return this page with payment.**

| Wire/ACH/Electronic Payment Information: | | Check or Credit Card Charge Options: |
|---|---|---|
| Bank Name: | JPMorgan Chase Bank | Invoice(s) Paid:_____ |
| | Rochester, NY 14643 | Total Amount Of Payment: $ _____ |
| | ABA Routing #021 000 021 | **Method of Payment (Please Check)** |
| | Account Number 000 005 2381 | ☐ Check enclosed |
| Acct. Name: | Nixon Peabody, LLP | ☐ VISA   ☐ Master Card   ☐ Discover   ☐ American Express |
| | | List Credit Card Number |
| SWIFT CODE: | CHASUS33 | |
| | | Exp. Date |
| Invoice No: | 8930935 | |
| | Nixon Peabody Accounting Department | |
| | **585 263-1077** | Signature: _____ |

FEDERAL I.D. NO. 16-0764720

# Nixon Peabody LLP
Attorneys at Law
900 Elm Street
Manchester, NH 03101
(603) 628-4000
FAX: (603) 628-4040
January 10, 2008

Timothy P. Smith, Esq.
67 Middle Street
Manchester, NH 03101

Invoice No. 8937883
Account: 045522
Tamposi, Peter N.
Terms: Due Upon Receipt

**FOR PROFESSIONAL SERVICES RENDERED through December 31, 2007, including:**

**MATTER NO.    000001        COLLECTION OF DEBTS OWED**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|------------------------|
| 12/14/07 | P. Tamposi | 3.20 | Research issues raised by Defendant and Debtor.  Draft response relative to same. |
| | TOTAL HOURS: | 3.20 | |

TOTAL FEES:        $1,056.00

**For Charges and Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 12/03/07 | Postage: 11/27/07 | 1.74 |
| | **TOTAL CHARGES AND DISBURSEMENTS** | **$1.74** |

**TOTAL FOR MATTER -- COLLECTION OF DEBTS OWED:**        $1,057.74

| | | |
|---|---|---|
| Total Fees............................................................... | $ | 1,056.00 |
| Total Charges and Disbursements ............................................. | $ | 1.74 |
| Total Time and Costs ............................................................ | $ | 1,057.74 |
| **TOTAL FOR STATEMENT:** | | **$1,057.74** |

**** Remittance Information ****

**FEDERAL I.D. NO. 16-0764720**

**RETURN PAYMENT TO:**   NIXON PEABODY LLP
900 Elm Street
Manchester, NH  03101
(603) 628-4000
FAX: (603) 628-4040

Client: 045522   Smith, Timothy P. Esq.
67 Middle Street
Manchester, NH 03101

Client/Matter Number:   045522.000001
Matter Name:   Collection of Debts Owed
Invoice Number:   8937883
Date of Invoice:   01/10/08
Terms:   Due Upon Receipt

Invoice Amount:   $   1,057.74

Previous Outstanding Balance   $   1,958.97
for Matters on this bill:

Total Due:   $   3,016.71

---

**To ensure prompt application of your payment, please reference the invoice number on your check and return this page with payment.**

| Wire/ACH/Electronic Payment Information: | Check or Credit Card Charge Options: |
|---|---|
| **Bank Name:** JPMorgan Chase Bank | Invoice(s) Paid:_____ |
| Rochester, NY 14643 | Total Amount Of Payment: $ _____ |
| ABA Routing #021 000 021 | **Method of Payment (Please Check)** |
| Account Number 000 005 2381 | ☐ Check enclosed |
| **Acct. Name:** Nixon Peabody, LLP | ☐ VISA  ☐ Master Card  ☐ Discover  ☐ American Express |
| | List Credit Card Number |
| **SWIFT CODE:** CHASUS33 | |
| | Exp. Date |
| **Invoice No:** 8937883 | |
| Nixon Peabody Accounting Department | |
| 585 263-1077 | Signature: _____ |

FEDERAL I.D. NO. 16-0764720

# Nixon Peabody LLP
**Attorneys at Law**
900 Elm Street
Manchester, NH 03101
(603) 628-4000
FAX: (603) 628-4040
February 19, 2008

Timothy P. Smith, Esq.
67 Middle Street
Manchester, NH 03101

Invoice No. 8949264
Account: 045522
Tamposi, Peter N.
Terms: Due Upon Receipt

**FOR PROFESSIONAL SERVICES RENDERED through January 31, 2008, including:**

**MATTER NO.     000001        COLLECTION OF DEBTS OWED**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|-------------------------|
| 01/15/08 | P. Tamposi | 0.50 | Conference with opposing counsel regarding changes to schedule. |
| 01/22/08 | P. Tamposi | 1.00 | Review Scheduling Order.  Draft discovery for Debtor. Conference with L. Ward relative to same. |

TOTAL HOURS:     1.50

TOTAL FEES:                    $525.00

**TOTAL FOR MATTER -- COLLECTION OF DEBTS OWED:**          $525.00

**TOTAL FOR STATEMENT:**          $525.00

**** Remittance Information ****

**FEDERAL I.D. NO. 16-0764720**

**RETURN PAYMENT TO:**      NIXON PEABODY LLP
900 Elm Street
Manchester, NH  03101
(603) 628-4000
FAX: (603) 628-4040

Client: 045522      Smith, Timothy P. Esq.
67 Middle Street
Manchester, NH 03101

Client/Matter Number:      045522.000001
Matter Name:      Collection of Debts Owed
Invoice Number:      8949264
Date of Invoice:      02/19/08
Terms:      Due Upon Receipt

Invoice Amount:      $         525.00

Previous Outstanding Balance      $      3,016.71
for Matters on this bill:

Total Due:      $      3,541.71

---

**To ensure prompt application of your payment, please reference the invoice number on your check and return this page with payment.**

| Wire/ACH/Electronic Payment Information: | | Check or Credit Card Charge Options: |
|---|---|---|
| **Bank Name:** | JPMorgan Chase Bank | Invoice(s) Paid:_____ |
| | Rochester, NY 14643 | Total Amount Of Payment: $ _____ |
| | ABA Routing #021 000 021 | **Method of Payment (Please Check)** |
| | Account Number 000 005 2381 | ☐ Check enclosed |
| **Acct. Name:** | Nixon Peabody, LLP | ☐ VISA  ☐ Master Card  ☐ Discover  ☐ American Express |
| | | List Credit Card Number |
| **SWIFT CODE:** | CHASUS33 | |
| | | Exp. Date |
| **Invoice No:** | 8949264 | |
| | Nixon Peabody Accounting Department | |
| | 585 263-1077 | Signature: _____ |

FEDERAL I.D. NO. 16-0764720

# Nixon Peabody LLP
**Attorneys at Law**
900 Elm Street
Manchester, NH 03101
(603) 628-4000
FAX: (603) 628-4040
March 21, 2008

Timothy P. Smith, Esq.
67 Middle Street
Manchester, NH 03101

Invoice No. 8960016
Account: 045522
Tamposi, Peter N.
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through February 29, 2008, including:**

---

**MATTER NO.    000001        COLLECTION OF DEBTS OWED**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|------------------------|
| 02/01/08 | L. Ward | 1.30 | Review pleadings. Draft discovery requests. Prepare Notice of Deposition. Draft letter to J. Lamontagne. E-mail P. Tamposi. |
| 02/01/08 | P. Tamposi | 0.70 | Finalize Notice of Deposition and discovery. |
| | TOTAL HOURS: | 2.00 | |

TOTAL FEES:     $466.00

**For Charges and Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 02/01/08 | Photocopy | 4.80 |
| | **TOTAL CHARGES AND DISBURSEMENTS** | **$4.80** |

**TOTAL FOR MATTER -- COLLECTION OF DEBTS OWED:**     $470.80

| | | |
|---|---|---|
| Total Fees.................................................................. | $ | 466.00 |
| Total Charges and Disbursements ............................................ | $ | 4.80 |
| Total Time and Costs ........................................................ | $ | 470.80 |
| **TOTAL FOR STATEMENT:** | | **$470.80** |

**** Remittance Information ****

FEDERAL I.D. NO. 16-0764720

**RETURN PAYMENT TO:**    NIXON PEABODY LLP
900 Elm Street
Manchester, NH  03101
(603) 628-4000
FAX: (603) 628-4040

Client: 045522    Smith, Timothy P. Esq.
67 Middle Street
Manchester, NH 03101

| | |
|---|---|
| Client/Matter Number: | 045522.000001 |
| Matter Name: | Collection of Debts Owed |
| Invoice Number: | 8960016 |
| Date of Invoice: | 03/21/08 |
| Terms: | Due Upon Receipt |

| | | |
|---|---|---|
| Invoice Amount: | $ | 470.80 |
| Previous Outstanding Balance for Matters on this bill: | $ | 3,541.71 |
| Total Due: | $ | 4,012.51 |

---

**To ensure prompt application of your payment, please reference the invoice number on your check and return this page with payment.**

| Wire/ACH/Electronic Payment Information: | Check or Credit Card Charge Options: |
|---|---|
| **Bank Name:** JPMorgan Chase Bank | Invoice(s) Paid:_____ |
| Rochester, NY 14643 | Total Amount Of Payment: $ _____ |
| ABA Routing #021 000 021 | **Method of Payment (Please Check)** |
| Account Number 000 005 2381 | ☐ Check enclosed |
| **Acct. Name:** Nixon Peabody, LLP | ☐ VISA  ☐ Master Card  ☐ Discover  ☐ American Express |
| | List Credit Card Number |
| **SWIFT CODE:** CHASUS33 | |
| | Exp. Date |
| **Invoice No:** 8960016 | |
| Nixon Peabody Accounting Department | |
| **585 263-1077** | Signature: _____ |

FEDERAL I.D. NO. 16-0764720

# Nixon Peabody LLP
**Attorneys at Law**
900 Elm Street
Manchester, NH 03101
(603) 628-4000
FAX: (603) 628-4040

April 18, 2008

Timothy P. Smith, Esq.
67 Middle Street
Manchester, NH 03101

Invoice No. 8968527
Account: 045522
Tamposi, Peter N.
Terms: Due Upon Receipt

**FOR PROFESSIONAL SERVICES RENDERED through March 31, 2008, including:**

**MATTER NO.    000001      COLLECTION OF DEBTS OWED**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|-------------------------|
| 03/10/08 | P. Tamposi | 0.40 | Conference and correspondence with opposing counsel regarding morning mediation. |
| 03/13/08 | P. Tamposi | 0.20 | Deposition preparation. |
| 03/15/08 | P. Tamposi | 3.80 | Prepare for deposition. |
| 03/17/08 | P. Tamposi | 1.20 | Prepare for debtor's deposition. |
| 03/18/08 | P. Tamposi | 2.50 | Prepare for and attend deposition of Debtor. |
| 03/27/08 | P. Tamposi | 0.40 | E-mail with opposing counsel.  Telephone conference with T. Smith regarding settlement. |

TOTAL HOURS:    8.50

TOTAL FEES:    $2,975.00

**For Charges and Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 03/03/08 | Postage: 2/1/08 and 3/18/08 | 2.05 |
| | **TOTAL CHARGES AND DISBURSEMENTS** | **$2.05** |

| | | |
|---|---|---|
| **TOTAL FOR MATTER -- COLLECTION OF DEBTS OWED:** | | **$2,977.05** |
| Total Fees.......................................................................... | $ | 2,975.00 |
| Total Charges and Disbursements ............................................ | $ | 2.05 |
| Total Time and Costs ............................................................ | $ | 2,977.05 |
| **TOTAL FOR STATEMENT:** | | **$2,977.05** |

**** Remittance Information ****

**FEDERAL I.D. NO. 16-0764720**

**RETURN PAYMENT TO:**    NIXON PEABODY LLP
900 Elm Street
Manchester, NH  03101
(603) 628-4000
FAX: (603) 628-4040

Client: 045522    Smith, Timothy P. Esq.
67 Middle Street
Manchester, NH 03101

Client/Matter Number:    045522.000001
Matter Name:    Collection of Debts Owed
Invoice Number:    8968527
Date of Invoice:    04/18/08
Terms:    Due Upon Receipt

Invoice Amount:    $    2,977.05

Previous Outstanding Balance    $    4,012.51
for Matters on this bill:

Total Due:    $    6,989.56

---

**To ensure prompt application of your payment, please reference the invoice number on your check and return this page with payment.**

**Wire/ACH/Electronic Payment Information:**
**Bank Name:**    JPMorgan Chase Bank
Rochester, NY 14643
ABA Routing #021 000 021
Account Number 000 005 2381
**Acct. Name:**    Nixon Peabody, LLP

**SWIFT CODE:**    CHASUS33

**Invoice No:**    8968527
Nixon Peabody Accounting Department
**585 263-1077**

**Check or Credit Card Charge Options:**
Invoice(s) Paid:_____
Total Amount Of Payment: $ _____
**Method of Payment (Please Check)**
☐ Check enclosed
☐ VISA    ☐ Master Card    ☐ Discover    ☐ American Express
List Credit Card Number

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Exp. Date | | | | | | | |

**Signature:** _____

FEDERAL I.D. NO. 16-0764720

# Nixon Peabody LLP
**Attorneys at Law**
900 Elm Street
Manchester, NH  03101
(603) 628-4000
FAX: (603) 628-4040
May 19, 2008

Timothy P. Smith,  Esq.
67 Middle Street
Manchester, NH 03101

Invoice No. 8977157
Account: 045522
Tamposi, Peter N.
Terms: Due Upon Receipt

**FOR PROFESSIONAL SERVICES RENDERED through April 30, 2008, including:**

**MATTER NO.      000001           COLLECTION OF DEBTS OWED**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|------------------------|
| 04/07/08 | J. LaMonday | 0.20 | Review and analyze court mail.  Docket date(s) to the litigation calendar. |
| 04/08/08 | P. Tamposi | 0.70 | Analyze claim of largest creditor.  Forward same to J. LaMontagne. |
| | TOTAL HOURS: | 0.90 | |

TOTAL FEES:          $271.00

**For Charges and Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 04/03/08 | VENDOR: Avicore Reporting; INVOICE#: A2013117; DATE: 4/3/2008  -  Cost associated with deposition of David Castelhano. | 549.00 |
| | **TOTAL CHARGES AND DISBURSEMENTS** | **$549.00** |

**TOTAL FOR MATTER -- COLLECTION OF DEBTS OWED:**          **$820.00**

| | | |
|---|---|---|
| Total Fees................................................................ | $ | 271.00 |
| Total Charges and Disbursements ............................. | $ | 549.00 |
| Total Time and Costs ............................................. | $ | 820.00 |
| **TOTAL FOR STATEMENT:** | | **$820.00** |

**** Remittance Information ****

**FEDERAL I.D. NO. 16-0764720**

**RETURN PAYMENT TO:**     NIXON PEABODY LLP
900 Elm Street
Manchester, NH  03101
(603) 628-4000
FAX: (603) 628-4040

Client: 045522     Smith, Timothy P. Esq.
67 Middle Street
Manchester, NH 03101

| | |
|---|---|
| Client/Matter Number: | 045522.000001 |
| Matter Name: | Collection of Debts Owed |
| Invoice Number: | 8977157 |
| Date of Invoice: | 05/19/08 |
| Terms: | Due Upon Receipt |

| | | |
|---|---|---|
| Invoice Amount: | $ | 820.00 |
| Previous Outstanding Balance for Matters on this bill: | $ | 6,989.56 |
| Total Due: | $ | 7,809.56 |

**To ensure prompt application of your payment, please reference the invoice number on your check and return this page with payment.**

| Wire/ACH/Electronic Payment Information: | Check or Credit Card Charge Options: |
|---|---|
| Bank Name: JPMorgan Chase Bank | Invoice(s) Paid:_____ |
| Rochester, NY 14643 | Total Amount Of Payment: $ _____ |
| ABA Routing #021 000 021 | Method of Payment (Please Check) |
| Account Number 000 005 2381 | ☐ Check enclosed |
| Acct. Name: Nixon Peabody, LLP | ☐ VISA  ☐ Master Card  ☐ Discover  ☐ American Express |
| | List Credit Card Number |
| SWIFT CODE: CHASUS33 | |
| | Exp. Date |
| Invoice No: 8977157 | |
| Nixon Peabody Accounting Department | |
| 585 263-1077 | Signature: _____ |

FEDERAL I.D. NO. 16-0764720

# Nixon Peabody LLP
**Attorneys at Law**
**900 Elm Street**
**Manchester, NH  03101**
**(603) 628-4000**
**FAX: (603) 628-4040**

July 29, 2008

Timothy P. Smith,  Esq.
67 Middle Street
Manchester, NH 03101

Invoice No. 8998490
Account: 045522
Tamposi, Peter N.
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through June 30, 2008, including:**

---

**MATTER NO.    000001         COLLECTION OF DEBTS OWED**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|------|-----------|-------|-------------------------|
| 06/23/08 | P. Tamposi | 0.30 | Telephone conference with J. Lamontagne regarding potential settlement. |
| | TOTAL HOURS: | 0.30 | |

TOTAL FEES:  $105.00

**TOTAL FOR MATTER -- COLLECTION OF DEBTS OWED:**  **$105.00**

**TOTAL FOR STATEMENT:**  **$105.00**

**\*\*\*\* Remittance Information \*\*\*\***

**FEDERAL I.D. NO. 16-0764720**

**RETURN PAYMENT TO:**      NIXON PEABODY LLP
900 Elm Street
Manchester, NH  03101
(603) 628-4000
FAX: (603) 628-4040

Client: 045522

Smith, Timothy P. Esq.
67 Middle Street
Manchester, NH 03101

| | |
|---|---|
| Client/Matter Number: | 045522.000001 |
| Matter Name: | Collection of Debts Owed |
| Invoice Number: | 8998490 |
| Date of Invoice: | 07/29/08 |
| Terms: | Due Upon Receipt |

| | | |
|---|---|---|
| Invoice Amount: | $ | 105.00 |
| Previous Outstanding Balance for Matters on this bill: | $ | 7,809.56 |
| Total Due: | $ | 7,914.56 |

---

**To ensure prompt application of your payment, please reference the invoice number on your check and return this page with payment.**

**Wire/ACH/Electronic Payment Information:**
**Bank Name:**  JPMorgan Chase Bank
Rochester, NY 14643
ABA Routing #021 000 021
Account Number 000 005 2381
**Acct. Name:**  Nixon Peabody, LLP

**SWIFT CODE:**  CHASUS33

**Invoice No:**  8998490
Nixon Peabody Accounting Department
**585 263-1077**

**Check or Credit Card Charge Options:**
Invoice(s) Paid:_____
Total Amount Of Payment: $ _____
**Method of Payment (Please Check)**
☐ Check enclosed
☐ VISA   ☐ Master Card   ☐ Discover   ☐ American Express
List Credit Card Number

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| Exp. Date | | | | | | | | | | | | | | | |

**Signature:** _____

**DONCHESS, NOTINGER & TAMPOSI, P.C.**
547 Amherst Street, Ste 204
Nashua, New Hampshire 03063



For questions about regarding your account
please call 603-886-7266

Smith, Timothy P.
67 Midddle Street
Manchester, NH   03101

| | |
|---|---|
| Account No. | 10455.00 |
| Statement Date: | 12/02/2009 |
| Statement No. | 6185 |
| Page No. | 1 |

SMITH V. ROGERS

Interim Statement

Fees

| | | | Hours |
|---|---|---|---|
| **10/09/2008** | | | |
| | PNT | TELEPHONE CONFERENCE WITH W/ JIM LAMONTAGNE AND CLIENT RELATIVE TO POTENTIAL SETTLEMENT | 0.70 |
| **10/22/2008** | | | |
| | PNT | TELEPHONE CONFERENCE WITH JIM LAMONTAGNE RELATIVE TO PENDING TRIAL ISSUES | 0.20 |
| | PNT | REVIEW COMPLAINT BY CASTELHANO AND EMAIL CORRESPONDENCE W/ MR. LaMONTAGNE RE: SETTLEMENT | 0.30 |
| **11/04/2008** | | | |
| | PNT | REVIEW MOTION FOR SUMMARY JUDGMENT AND CONDUCT RESEARCH RELATIVE TO SAME | 1.50 |
| **11/05/2008** | | | |
| | PNT | WORK ON MOTION FOR SUMMARY JUDGMENT AND TELEPHONE CONFERENCE WITH W/ MR. LAMONTAGNE RE: SAME | 0.80 |
| **11/07/2008** | | | |
| | PNT | CONDUCT RESEARCH FOR AND DRAFT OBJECTION TO MOTION FOR SUMMARY JUDGMENT | 1.60 |
| **11/10/2008** | | | |
| | PNT | DRAFT OBJECTION TO MOTION FOR SUMMARY JUDGMENT | 3.50 |
| **11/11/2008** | | | |
| | PNT | FURTHER DRAFTING OF MOTION FOR SUMMARY JUDGMENT | 1.20 |
| **11/16/2008** | | | |
| | PNT | CONDUCT RESEARCH FOR AND DRAFT OBJECTION TO MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION | 2.80 |

For your convenience, Donchess Notinger & Tamposi accepts Mastercard, Visa and Discover

Smith, Timothy P.                          Statement Date: 12/02/2009
Account No.     10455.00                   Statement No.        6185
RE:  SMITH V. ROGERS                       Page No.              2

Hours

11/21/2008
    PNT       Draft Summary Judgment objection             1.20

11/24/2008
    PNT       Work on Objection and cross motion for summary judgment    2.70

11/26/2008
    PNT       Finalize Objection and cross motion for summary judgment.    4.80

11/29/2008
    PNT       Finalize Motion for Summary Judgment    1.00

12/01/2008
    CMM      REVIEW AND REVISE OBJECTION TO MOTION FOR SUMMARY
               JUDGMENT; DISCUSSIONS W/ PNT RE: SAME; FINALIZE AND FILE
               OBJECTION AND CROSS MOTION    1.50
    PNT       Research issues for Wednesday's hearing; finalize opposition and cross
               motion.    0.50

12/02/2008
    PNT       Telephone conf. with opposing counsel re: tomorrow's hearing; prepare for
               same.    0.80

12/03/2008
    PNT       Prepare for and attend hearing on Motion for Summary Judgment    2.80

12/04/2008
    PNT       Draft motion to employ special counsel    0.40

12/05/2008
    PNT       Draft motion to retain Finis Williams, order and affidavit.  T.C. to Mr. Williams
               re: same.    1.20

12/15/2008
    PNT       telephone CONFERENCE WITH Mr. Williams and finalize retention motion.    0.60

01/13/2009
    PNT       Review objection of Debtor and Mr. Rogers, conduct research relative to
               same and prepare for hearing.    4.50

01/14/2009
    PNT       Prepare for and attending hearing on Motion for Summary Judgment.    3.20

01/21/2009
    PNT       Review motion to allow post-petition payments.    0.50

01/26/2009
    PNT       Review motion for post-petition transfer, conduct research and draft objection
               to same.    2.80

01/27/2009
    PNT       prepare for an attend hearing on Motion for allowance of post-petition

Smith, Timothy P.                                              Statement Date: 12/02/2009
Account No.      10455.00                                      Statement No.          6185
RE:  SMITH V. ROGERS                                          Page No.                  3

|  |  |  | Hours |
|---|---|---|---|
|  | transfer. |  | 2.50 |

| 02/02/2009 | | | |
|---|---|---|---|
| PNT | Telephone conference with Finnis Williams re: status of case and nature of damages. | | 0.30 |

| 03/12/2009 | | | |
|---|---|---|---|
| PNT | Telephone conference with Mr. Williams re: Smith's acting as a witness; Telephone conference with Mr. Smith re: same. | | 0.30 |

| 03/16/2009 | | | |
|---|---|---|---|
| PNT | Telephone conference with Finnis Williams re: expert testimony. | | 0.30 |

| 03/17/2009 | | | |
|---|---|---|---|
| PNT | Telephone conference with T. Smith re: testimony,  etc. | | 0.20 |

| 06/24/2009 | | | |
|---|---|---|---|
| PNT | Review memorandum order and strategize trial issues. | | 0.80 |

| 07/08/2009 | | | |
|---|---|---|---|
| PNT | Draft Subpoena. | | 0.50 |
| CMM | PREPARATION OF SUBPOENAS TO BANK OF AMERICA AND SOVEREIGN BANK; DISCUSSIONS W/ PNT RE: SAME | | 0.20 |

| 07/16/2009 | | | |
|---|---|---|---|
| PNT | Review recent pleadings and conf. with Messrs. Smith, DeSechenes and Askenaizer re: expert testimony, potential settlement and trial strategy. | | 1.20 |

| 08/05/2009 | | | |
|---|---|---|---|
| PNT | Lengthy Telephone conference with Ms. Castelhano re: subpoena issues, etc. | | 0.40 |

| 08/25/2009 | | | |
|---|---|---|---|
| PNT | Telephone conference with counsel for Mr. Rogers; strategize with client and Ms. Notinger. | | 0.60 |

| 09/04/2009 | | | |
|---|---|---|---|
| PNT | Telephone conference with Mr. Williams and Mr. Smith re: settlement issues. | | 0.60 |

| 09/08/2009 | | | |
|---|---|---|---|
| PNT | Strategize for meeting next week. | | 0.20 |

| 09/10/2009 | | | |
|---|---|---|---|
| PNT | Review banking records, etc. | | 1.00 |

| 09/16/2009 | | | |
|---|---|---|---|
| PNT | Prepare for and attend meeting with Tim Smith and Finnis Williams to discuss trial strategy. | | 1.50 |

| 09/22/2009 | | | |
|---|---|---|---|
| PNT | Telephone conference with David Castelhano re: settlement issues. | | 0.20 |

Smith, Timothy P.  
Account No.      10455.00  
RE:  SMITH V. ROGERS

Statement Date: 12/02/2009  
Statement No.        6185  
Page No.            4

|  |  | Hours |
|---|---|---|
| **09/23/2009** | | |
| PNT | Telephone conference with Dave Castelhano re: settlement issues. | 0.20 |
| **09/29/2009** | | |
| PNT | Telephone conference with Mr. Williams and Mr. Deschesnes re: settlement issues and mediation. | 0.60 |
| **10/06/2009** | | |
| PNT | Telephone conference with Finnis Williams re: settlement issues. | 0.20 |
| **10/30/2009** | | |
| PNT | Prepare subpoena for Mr. Rogers and Telephone conference with Mr. Williams re: upcoming mediation. | 0.90 |
| **11/02/2009** | | |
| PNT | Lengthy Telephone conference with Mr. Deschesnes re: his client's participation in mediation; review mediation statement for same. | 0.70 |
| **11/03/2009** | | |
| PNT | Prepare for mediation. | 0.50 |
| **11/04/2009** | | |
| PNT | Prepare for and attend mediation. | 6.50 |
| **11/10/2009** | | |
| PNT | Telephone conference with Finis Williams re: release issues; finalize subpoena. | 0.90 |
| **11/16/2009** | | |
| PNT | Telephone conference with Van Shaw and Dan Deschesnes re: subpoena. | 0.50 |
| **11/17/2009** | | |
| PNT | email correspondence with Mr. Deschesnes and Telephone conference with Mr. Shaw re; motion for default. | 0.30 |
| **11/20/2009** | | |
| PNT | Finalize settlement. | 0.80 |
| **11/23/2009** | | |
| PNT | Draft stipulation to resolve case. | 1.20 |
| **11/30/2009** | | |
| PNT | PREPARATION OF FINAL FEE APPLICATION | 3.00 |
| PNT | Draft motions to approve stipulations. | 2.00 |
| | For Current Services Rendered | 70.20 | 24,077.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Cheryl M. Mooney | 1.70 | $125.00 | $212.50 |
| Peter N. Tamposi | 2.00 | 295.00 | 590.00 |
| Peter N. Tamposi | 66.50 | 350.00 | 23,275.00 |

Smith, Timothy P.
Account No.    10455.00
RE:  SMITH V. ROGERS

Statement Date: 12/02/2009
Statement No.        6185
Page No.            5

### Expenses

| Date | Description | Amount |
|---|---|---|
| 07/09/2009 | Postage - SUBPOENAS TO BANK OF AMERICA AND SOVEREIGN BANK | 10.88 |
| 10/29/2009 | Miscellaneous - Check #455 to Hon. Robert Morrill for Mediation services | 500.00 |
| | Total Expenses | 510.88 |
| | Total Current Work | 24,588.38 |
| | Balance Due | $24,588.38 |

Draft Statement Run Totals 12/02/2009

Statements Printed:                          1
Hours:                                   70.20
Fees:                                24,077.50
Expenses:                               510.88