UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

FILED
2011 MAR 22 A 10: 08
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH.

IN RE:   David Castelhano                         CASE NO. 05-15717-JMD
                                                  CHAPTER 7

               Debtor(s)

## REPORT OF UNCLAIMED FUNDS

   Now Comes, Timothy P. Smith, ("Trustee"), to report that the following funds were not claimed.

1. The Trustee was granted an Order to Disburse funds to the creditors on or about June 23, 2010. The Trustee disbursed funds accordingly and Boose, Casey, Ciklin c/o Richard Cohen Esq and Technology Financial Services did not cash their checks.

| Creditor | Claim No. | Claim Amount | Disbursed Amount |
|---|---|---|---|
| Boose, Casey, Ciklin<br>c/o Richard Cohen, Esq.<br>1601 Forum Pl. #304<br>West Palm Beach FL 33401 | 1 | $16,875.20 | $171.30 |
| Technology Financial Services<br>Gregg J. Kopp<br>9833 Pacific Heights Blvd. #H<br>San Diego, CA 92121 | 2 | $3,136,720.00 | $7,959.98 |

2. The Trustee has voided the original check made payable to the above listed creditor and has submitted a check made payable to the Clerk of Court in the amount of $8,131.28.

                                        Respectfully submitted,

Dated: March 15, 2011                   By: /s/Timothy P. Smith
                                        Timothy P. Smith, Trustee
                                        67 Middle Street
                                        Manchester, NH  03101
                                        603-623-0036
                                        BNH01446