UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In re:

AMHERST TECHNOLOGIES, LLC, et al.

Debtors.

CHAPTER 7
CASE NO. 05-12831-JMD
(Jointly Administered)

### AFFIDAVIT OF LARRY WASLOW IN SUPPORT OF CHAPTER 7 TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY UNITED BANKRUPTCY SERVICES, LLC AS COLLECTIONS AGENT

Pursuant to Fed. R. Bankr. P. 2014(a), and 11 U.S.C. §327, I, Larry Waslow, being duly sworn, do hereby depose and state as follows:

1. I am the Managing Partner of United Bankruptcy Services located at P.O. Box 219, 943 Eichele Road, Perkiomenville, Pennsylvania ("UBS").

2. I hereby represent that neither I nor any member of my company holds or represents any interest adverse to the estate of Amherst Technologies, LLC, et al. (the "Debtors").

3. To the best of my knowledge, information, and belief, neither UBS nor any member of RSI has any connection with any Bankruptcy Judge in the District of New Hampshire, the Debtors, any creditor, or other party in interest, their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee which would render the employment of the undersigned and UBS improper.

4. I hereby represent that I and each member of my company is a "disinterested person" as that term is defined in 11 U.S.C. §101(14).

5. I hereby represent that I have not agreed to share with any person except with members of UBS, the commission to be paid for the services rendered in this case.

6. I have not received a retainer in this case.

7. I shall amend this statement immediately upon my learning that (A) any of the within representations are incorrect or (B) there is any change of circumstance relating thereto.

I DECLARE UNDER THE PENALTY OF PERJURY THAT TO THE BEST OF MY KNOWLEDGE, THE FOREGOING IS TRUE AND CORRECT.
DATED THIS __ DAY OF SEPTEMBER, 2011.

_____
Larry Waslow

3007319-1