**EXHIBIT A**

## Contingent Fee Agreement

Dated: September 21, 2011

Olga L. Gordon in her capacity as Chapter 7 Trustee of the estate of Amherst Technologies, LLC et al. (the "Debtors"), Chapter 7, Case No. 05-12831-JMD and not individually,

Retains the Collections Agent: United Bankruptcy Services LLC, P.O. Box 219, Perkiomenville, PA to perform the services mentioned in this Agreement. The Collections Agent agrees to pursue collection of the total amount due on the following judgment obtained by the Chapter 7 Trustee in the New Hampshire Bankruptcy Court: Trustee v. Citicorp Credit Services, Inc., Adversary Proceeding No. 07-1007-JMD.

The contingency upon which compensation or expenses is to be paid is: upon recovery of funds for the benefit of the Debtors' estate.

The Chapter 7 Trustee is not liable to pay compensation otherwise than from amounts collected for her by the Collections Agent.

The Compensation to be paid by the Chapter 7 Trustee to the Collections Agent is agreed to be the following percentage of the gross amount collected by the Collections Agent: 33% of the gross amount collected, if any. The Collections Agent understands that the Trustee must seek approval from the Bankruptcy Court for the payment of any expenses. The Collections Agent must obtain prior approval from the Chapter 7 Trustee and the Bankruptcy Court in order to accept less than the full amount due pursuant to the judgment.

This Agreement is valid for 6 months from the date of execution.

### WE EACH HAVE READ THE ABOVE AGREEMENT.

Witnesses to signatures:

(To Chapter 7 Trustee)_____

_____
Olga L. Gordon, in her capacity as Chapter 7
Trustee of the estate of Amherst Technologies,
LLC et al. (the "Debtors"), Chapter 7 Case No.
05-12831-JMD and not individually

(To Collections Agent)_____

_____
United Bankruptcy Services LLC by
Larry Waslow, Managing Partner