UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

FILED
2012 APR -6 A 8:51
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

In re:

AMHERST TECHNOLOGIES, LLC,

Debtor.

CHAPTER 7
CASE NO. 05-12831-JMD

## AFFIDAVIT OF OLGA L. GORDON

I, Olga L. Gordon, the duly appointed Chapter 7 Trustee for the above captioned Debtors' estate hereby depose and state under oath as follow:

1. On December 28, 2011, I issued a check to the following claimant in the amount listed below that represented the final distribution for general unsecured claims in the above-referenced matter. Please note that I mailed the payment to the last known address for the claimant as listed below.

| Creditor | Claim No. | Dividend Due |
|---|---|---|
| Terra-Net Communications, Inc.<br>4287 Beltine Road<br>Suite 360<br>Addison, TX 75001 | 177 | $4,248.82 |

2. The check was never cashed by the claimants nor returned to us as undeliverable.

3. In accordance with FRBP 3011, I have stopped payment on the check, and I am submitting the funds to the Court as an unclaimed dividend.

SWORN UNDER PAINS AND PENALTY OF PERJURY THIS 4th DAY OF APRIL, 2012.

Olga L. Gordon
Chapter 7 Trustee

3766077v1

cc: Kerri