UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

FILED
2012 APR -6 A 8:51
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

In re:

AMHERST TECHNOLOGIES, LLC,

Debtor.

CHAPTER 7
CASE NO. 05-12831-JMD

## AFFIDAVIT OF OLGA L. GORDON

I, Olga L. Gordon, the duly appointed Chapter 7 Trustee for the above captioned Debtors' estate hereby depose and state under oath as follow:

1. On December 22, 2012, I issued checks to the following claimants in the amount listed below that represented the final distribution for general unsecured claims in the above-referenced matter. Please note that I mailed the payment to the last known address for the claimant as listed below.

| Creditor | Claim No. | Dividend Due |
|---|---|---|
| Imceda Software, Inc.<br>P.O. Box 83130<br>Woburn, MA 01813-3130 | 354 | $4,044.73 |
| Captaris, Inc.<br>c/o Carolyn James Bersch<br>10885 N.E. 4th Street<br>Bellevue, WA 98004 | 377 | $460.87 |
| Luis R. Dominguez<br>945 Mesa Hills Drive<br>Apt. 3003<br>El Paso, TX 79912 | 214 | $212.02 |
| Mario Frausto<br>6414 Whitebourne Drive<br>Houston, TX 77084-1555 | 366 | $480.72 |
| Brian Lastor<br>2314 Springmere Drive<br>Arlington, TX 76002 | 388 | $240.24 |

3766117v1

| Creditor | Claim No. | Dividend Due |
|---|---|---|
| India Syslo<br>11982 Turo Avenue<br>Hawthorne, CA 90250 | 292 | $309.19 |
| Allen Oh<br>3705 Terstena Place, #209<br>Santa Clara, CA 95051 | 425 | $743.29 |
| Justin Boufford<br>7 Northbrook Drive #708<br>Manchester, NH 03102 | 312 | $240.24 |
| Leslie Kouchelakos<br>74 Amherst Road<br>Merrimack, NH 03054 | 219 | $320.32 |
| Susan Lyon<br>545 Elm Street #9<br>Milford, NH 03055 | 226 | $320.32 |
| Christopher Parent<br>253 Calef Road<br>Manchester, NH 03103 | 301 | $406.63 |
| Jennifer Smith-Petersen<br>40 Lakeside Drive<br>Groton, MA 01450 | 394 | $251.84 |
| Fernando Lopes<br>10602 Stone Canyone Road<br>Apt. #112<br>Dallas, TX 75238 | 398 | $1,640.00 |

2. The checks were never cashed by the claimants nor returned to us as undeliverable.

3. In accordance with FRBP 3011, I have stopped payment on the check, and I am submitting the funds to the Court as an unclaimed dividend.

SWORN UNDER PAINS AND PENALTY OF PERJURY THIS 4th DAY OF APRIL, 2012.

_____
Olga L. Gordon
Chapter 7 Trustee

3766117v1