FILED
2013 FEB 11 AM 8 09
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In re:

AMHERST TECHNOLOGIES, INC.,

Debtor.

CHAPTER 7
CASE NO. 05-12831-JMD

### AFFIDAVIT OF OLGA L. GORDON

I, Olga L. Gordon, the duly appointed Chapter 7 Trustee for the above captioned Debtor's estate hereby depose and state under oath as follow:

1. In September 2012, I issued checks to the following claimants in the amounts listed below that represented the final distribution for general unsecured claims in the above-referenced matter. Please note that I mailed the payments to the last known address for the claimants as listed below.

| Creditor | Claim No. | Dividend Due |
| --- | --- | --- |
| Michael Dautherty | 161 | $109.79 |
| Terra-Net Communications | 177 | $1,129.26 |
| Luis R. Dominguez | 214 | $53.00 |
| Susan Lyon | 226 | $721.70 |
| India Syslo | 292 | $848.24 |
| Christopher Parent | 301 | $1,118.24 |
| Marcia L. Ulise | 348 | $2,844.98 |
| Imceda Software | 354 | $1,075.01 |
| Mario Frausto | 366 | $1,115.46 |
| Captaris, Inc. | 377 | $122.49 |
| Brian Lastor | 388 | $408.17 |
| Jennifer Smith-Peterson | 394 | $75.21 |
| Fernando Lopes | 398 | $410.00 |
| Allen Oh | 425 | $2,039.17 |

2. These checks were never cashed by the claimants nor were they returned to us as undeliverable.

4372021v1

3. In accordance with FRBP 3011, I have stopped payment on the checks, and I am submitting the funds to the Court as an unclaimed dividend.

SWORN UNDER PAINS AND PENALTY OF PERJURY THIS 7th DAY OF FEBRUARY, 2013.

_____
Olga L. Gordon
Chapter 7 Trustee

4372021v1