UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In re:

AMHERST TECHNOLOGIES, INC.,

Debtor.

CHAPTER 7
CASE NO. 05-12831-JMD

## AMENDED AFFIDAVIT OF OLGA L. GORDON

I, Olga L. Gordon, the duly appointed Chapter 7 Trustee for the above captioned Debtor's estate hereby depose and state under oath as follow:

1. In September 2012, I issued checks to the following claimants in the amounts listed below that represented the final distribution for general unsecured claims in the above-referenced matter. Please note that I mailed the payments to the last known address for the claimants as listed below.

| Creditor | Claim No. | Dividend Due |
|---|---|---|
| Michael Dautherty<br>3772 Misty Oak Drive<br>Memphis, TN 38125 | 161 | $109.79 |
| Terra-Net Communications<br>4287 Beltiline Road, Suite 360<br>Addison, TX 75001 | 177 | $1,129.26 |
| Luis R. Dominguez<br>945 Mesa Hills Drive, Apt. 3003<br>El Paso, TX 79912 | 214 | $53.00 |
| Susan Lyon<br>545 Elm Street #9<br>Milford, NH 03055 | 226 | $721.70 |
| India Syslo<br>11982 Turo Avenue, #3<br>Hawthorne, CA 90250 | 292 | $848.24 |
| Christopher Parent<br>253 Calef Road<br>Manchester, NH 03103 | 301 | $1,118.24 |

| Creditor | Claim No. | Dividend Due |
|---|---|---|
| Marcia L. Ulise<br>4430 Cahill Street<br>Fremont, CA 94538-2848 | 348 | $2,844.98 |
| Imceda Software<br>PO Box 83120<br>Woburn, MA 01813-3130 | 354 | $1,075.01 |
| Mario Frausto<br>6414 Whitebourne Drive<br>Houston, TX 77084-1555 | 366 | $1,115.46 |
| Captaris, Inc.<br>c/o Carolyn James Bersch, Esq.<br>10885 NE 4th Street<br>Bellevue, WA 98004 | 377 | $122.49 |
| Brian Lastor<br>2314 Springmere Drive<br>Arlington, TX 76002 | 388 | $408.17 |
| Jennifer Smith-Peterson<br>40 Lakeside Drive<br>Groton, MA 01450 | 394 | $75.21 |
| Fernando Lopes<br>10602 Stone Canyon Road, Apt. 112<br>Dallas, TX 75238 | 398 | $410.00 |
| Allen Oh<br>3705 Terstena Place #209<br>Santa Clara, CA 95051 | 425 | $2,039.17 |

2. These checks were never cashed by the claimants nor were they returned to us as undeliverable.

3. In accordance with FRBP 3011, I have stopped payment on the checks, and I am submitting funds in the amount of $12,070.72 to the Court as an unclaimed dividend.

SWORN UNDER PAINS AND PENALTY OF PERJURY THIS 28th DAY OF FEBRUARY, 2013.

Olga L. Gordon
Chapter 7 Trustee

4372021v1