FILED

2013 JUN 10

CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In re:

AMHERST TECHNOLOGIES, INC.,

Debtor.

CHAPTER 7
CASE NO. 05-12831-JMD

### AFFIDAVIT OF MARK G. DEGIACOMO

I, Mark G. DeGiacomo, the attorney in fact for Olga Gordon, the duly appointed Chapter 7 Trustee for the above captioned Debtor's estate hereby depose and state under oath as follow:

1. In September 2012, I issued checks to the following claimant in the amount listed below that represented the final distribution for Chapter 11 administrative claims in the above-referenced matter. Please note that I mailed the payments to the last known address for the claimant as listed below.

| Creditor | Claim No. | Dividend Due |
|---|---|---|
| Terra-Net Communications<br>4287 Beltiline Road, Suite 360<br>Addison, TX 75001 | 177 | $0.40 |

2. This check was never cashed by the claimant nor was the check returned to us as undeliverable.

3. In accordance with FRBP 3011, I have stopped payment on the checks, and I am submitting funds in the amount of $0.40 to the Court as an unclaimed dividend.

SWORN UNDER PAINS AND PENALTY OF PERJURY THIS 6th DAY OF JUNE, 2013.

Mark DeGiacomo, power of attorney for
Olga Gordon, Chapter 7 Trustee

4620782v1